

COURT OF APPEALS EIGHTH
DISTRICT OF TEXAS EL PASO,
TEXAS

| | | |
|---|---|---|
| SHOLOMO DAVID, | § | No. 08-18-00059-CR |
| Appellant, | § | Appeal from the |
| v. | § | 41st Judicial District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20160D05398) |

**O R D E R**

The Court has received and filed notice that Appellant died on May 25, 2022. It is therefore ORDERED that the opinion and judgment issued on July 29, 2022 are hereby withdrawn. Because the appeal was perfected before Appellant's death, and we have not yet issued a mandate, it is ORDERED that the appeal is permanently abated. *See* TEX.R.APP.P.7.1(a)(2).

IT IS SO ORDERED THIS 29THE DAY OF NOVEMBER, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox and Alley, JJ.